SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorneys

    1301 Clay Street Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3701
    Fax: (510) 637-3724
    Email: stephen.corrigan@us.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 96-40149 SBA |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER FOR CONTINUANCE OF |
| v. ) | DEADLINE AND HEARING |
| SALVADOR VILLEGAS-TORRES, ) | |
| Defendant. ) | |

    The parties, through counsel of record, do hereby agree and stipulate to a continuance of the deadlines for filings related to defendants motion to suppress and a continuance of the hearing date.

    At present, the government's response to defendant's motion to suppress is due on June 19, 2007 and defendant's reply, if any, is due on June 26, 2007, with a hearing date of July 20, 2007.

    Due to government counsel's delay in returning to the office following surgery, the parties request that the present motions due dates be vacated, and that the court impose the following

Stipulation and Order
for Continuance
CR 96-401491 SBA

| | | |
|---|---|---|
| 1 | dates: government's response due on June 21, 2007, defendant's reply, if any, due on June 28, | |
| 2 | 2007, and the hearing date scheduled for July 20, 2007 at 9:00 am. | |
| 4 | DATED: June 21, 2007 | Respectfully submitted, |
| 5 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 8 | | STEPHEN G. CORRIGAN<br>Assistant United States Attorney |
| 10 | DATED: June 21, 2007 | JOYCE LEAVITT<br>Counsel for Defendant |

### ORDER

Based upon the reasons provided in the Stipulation of the parties above, and good cause appearing,

IT IS ORDERED that the government's response to defendant's motion to suppress is due on June 21, 2007, defendant's reply, if any, is due on June 28, 2007, and the hearing date is scheduled for July 20, 2007 at 9:00 am.

IT IS SO ORDERED.

DATED: June 26, 2007

SAUNDRA BROWN ARMSTRONG
United States District Judge

Stipulation and Order
for Continuance
CR 96-401491 SBA