SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorneys

　　1301 Clay Street Suite 340S
　　Oakland, California 94612
　　Telephone: (510) 637-3701
　　Fax: (510) 637-3724
　　Email: stephen.corrigan@us.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 96-40149 SBA |
| ) | |
| 　　Plaintiff, ) | AMENDED STIPULATION AND |
| ) | ORDER FOR CONTINUANCE OF |
| 　　v. ) | DEADLINE AND HEARING |
| ) | |
| SALVADOR VILLEGAS-TORRES, ) | |
| ) | |
| 　　Defendant. | |

　　The parties, through counsel of record, do hereby agree and stipulate to a continuance of the deadlines for filings related to defendants motion to suppress and a continuance of the hearing date.

　　At present, the government's response to defendant's motion to suppress is due on June 19, 2007 and defendant's reply, if any, is due on June 26, 2007, with a hearing date of July 24,

Stipulation and Order
for Continuance
CR 96-401491 SBA

1   2007.[1]

2       Due to government counsel's delay in returning to the office following surgery, the parties

3   request that the present motions due dates be vacated, and that the court impose the following

4   dates: government's response due on June 21, 2007, defendant's reply, if any, due on June 28,

5   2007, and the hearing date scheduled for July 24, 2007 at 9:00 am.

6

7   DATED: June 27, 2007                     Respectfully submitted,

8                                            SCOTT N. SCHOOLS
                                             United States Attorney

9

10                                           _____/s/_____

11                                           STEPHEN G. CORRIGAN
                                             Assistant United States Attorney

12

13  DATED: June 27, 2007                     _____/s/_____

14                                           JOYCE LEAVITT
                                             Counsel for Defendant

15

16                                      **ORDER**

17

18      Based upon the reasons provided in the Stipulation of the parties above, and good cause

19  appearing,

20      IT IS ORDERED that the government's response to defendant's motion to suppress is

21  due on June 21, 2007, defendant's reply, if any, is due on June 28, 2007, and the hearing date is

22  scheduled for July 24, 2007 at 9 :00 am.

23      IT IS SO ORDERED.

24

25  DATED: June _27, 2007                    _Saundra B Armstrong_____
                                             SAUNDRA BROWN ARMSTRONG

26                                           United States District Judge

27  _____

28  [1]The prior stipulation mistakenly referred to the scheduled hearing date as July 20, 2007,
    when in fact, the hearing date is scheduled for July 24, 2007.

Stipulation and Order
for Continuance
CR 96-401491 SBA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order
for Continuance
CR 96-401491 SBA