SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorneys

  1301 Clay Street Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3701
  Fax: (510) 637-3724
  Email: stephen.corrigan@us.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-40149 SBA |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS REMAINING COUNT OF INDICTMENT |
| v. | |
| SALVADOR VILLEGAS-TORRES, | |
| Defendant. | |

The defendant has been sentenced on his plea of guilty to Count One of the indictment. The government moves to dismiss Count Two, charging False Statement, in violation of Title 18, United States Code, Section 1001.

                                        Respectfully submitted,

                                        /s/
                                      STEPHEN G. CORRIGAN
                                      Assistant United States Attorney

Good cause appearing, it is ordered that Count Two of the captioned Indictment charging False

1 | Statement in violation of Title 18, United States Code, Section 1001, is dismissed.

3 | DATED:10/30/07

_____
The Honorable Saundra Brown Armstrong
United States District Court Judge